**IT IS ORDERED as set forth below:**

Date: November 04, 2009

_____
W. H. Drake
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| FOURTH QUARTER PROPERTIES 118, LLC, | : | Chapter 11 Case No. 09-13960 |
| Debtor. | : | |
| IN RE: | : | |
| FOURTH QUARTER PROPERTIES 140, LLC, | : | Chapter 11 Case No. 09-13961 |
| Debtor. | : | |
| IN RE: | : | |
| FOURTH QUARTER PROPERTIES 161, LP, | : | Chapter 11 Case No. 09-13962 |
| Debtor. | : | |

| | |
|---|---|
| IN RE: | : |
| | : |
| FOURTH QUARTER PROPERTIES 162, LP, | : Chapter 11 Case No. 09-13963 |
| | : |
| Debtor. | : |
| | : |

### ORDER DIRECTING JOINT ADMINISTRATION OF CASES

Upon the application (the "Application") of Fourth Quarter Properties 118, LLC ("FQP118"), Fourth Quarter Properties 140, LLC ("FQP140"), Fourth Quarter Properties 161, LP ("FQP161"), and Fourth Quarter Properties 162, LP ("FQP162"), Debtors and Debtors-In-Possession in the above-captioned cases (collectively the "Debtors"), for entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") consolidating for procedural purposes only, and providing for joint administration of, the Debtors' separate Chapter 11 cases; and upon the record of the hearing held on the Application; and the Court having determined that the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors and other parties-in-interest; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

ORDERED AND ADJUDGED that:

(a)     The Application is granted;

(b)     The above-captioned Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court;

(c)     The caption of the jointly administered cases shall be as follows:

2

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| FOURTH QUARTER PROPERTIES 118, LLC, | : Chapter 11 Case No. 09-13960 |
| et. al., | : Jointly Administered |
| | : |
| Debtors. | : |
| | : |

(d)  This caption shall be deemed to comply with the requirements of Section 342 of the Bankruptcy Code, and Bankruptcy Rules 1005 and 2002.

(e)  A docket entry shall be made in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Fourth Quarter Properties 118, LLC, Fourth Quarter Properties 140, LLC, Fourth Quarter Properties 161, LP, and Fourth Quarter Properties 162, LP. The docket in Case No. 09-13960 shall be consulted for all matters affecting this case.

**END OF DOCUMENT**

Order prepared and submitted by:
STONE & BAXTER, LLP
BY:
*/s/ James P. Smith*
James P. Smith
Georgia Bar No.659775
George H. McCallum
Georgia Bar No. 481518
Stone & Baxter, LLP
577 Mulberry St., Suite 800
Macon, GA 31201
(478) 750-9898
(478) 750-9899 (Facsimile)

G:\CLIENTS\Fourth Quarter Properties\First Day Motions\Order Directing Joint Admin 11.4.09.GHM.doc

## SERVICE LIST

R. Jeneane Treace, Esq.
Chapter 11 Trustee
Office of the United States Trustee
75 Spring Street, S.W.
Room 362
Atlanta, Georgia 30303

Paul Baisier, Esq.
Seyfarth Shaw, LLP
One Peachtree Pointe
1545 Peachtree Street NE
Suite 700
Atlanta, Georgia 30309-2401

```
Label Matrix for local noticing          Fourth Quarter Properties LLC            Office of the US Trustee
113E-3                                   45 Ansley Drive                          Suite 362
Case 09-13960-whd                        Newnan, GA 30263-7107                    75 Spring Street, SW
Northern District of Georgia                                                      Atlanta, GA 30303-3330
Newnan
Wed Nov  4 10:13:32 EST 2009

Newnan Division                          Amtech Lighting Services                 Battle Creek Designs
18 Greenville Street                     2390 E. Orangewood Aev., Suite 100       17711 IH 10 W., Suite 104
P.O. Box 2328                            Anaheim, CA 92806-6141                   San Antonio, TX 78257-8217
Newnan, GA 30264-2328


Carolina First Bank                      Compass Bank                             Cushing, Morris, Armbruster, et al.
c/o Wachovia Bank                        c/o Wachovia Bank                        191 Peachtree St.
420 North 20th Street                    420 North 20th Street                    Atlanta, GA 30303-1740
Birmingham, AL 35203-5200                Birmingham, AL 35203-5200


David A. Minutti                         Pak Painting, Inc.                       Fugro Cosultants
130 River Landing Drive                  7800 IH 10 West, Suite 505               11009 Osgood
Roswell, GA 30075-5044                   San Antonio, TX 78230-4723               San Antonio, TX 78233-5701


Fuquay, Inc.                             Hartman, Simons, Spielman & Wood, LLP    Native Land Design, LLC
P.O. Box 310946                          6400 Powers Ferry Road, N.W.             P.O. Box 4283, Dept. 400
New Braunfels, TX 78131-0946             Atlanta, GA 30339-2907                   Houston, TX 77210-4283


PNC Bank                                 Pape-Dawson Engineers, Inc.              Ryan Roberts
c/o Wachovia                             555 East Ramsey                          105 Pickens Drive
420 North 20th Street                    San Antonio, TX 78216-4640               Newnan, GA 30263-1566
Birmingham, AL 35203-5200


Seto Grading LLC                         Stanley E. Thomas                        Sylvia S. Romo, CPA
50 Ansley Drive                          45 Ansley Drive                          P.O. Box 839950
Newnan, GA 30263-7107                    Newnan, GA 30263-7107                    San Antonio, TX 78283-3950


TJ Maxx                                  Thomas Enterprises, Inc.                 Thomson Tax & Accounting
c/o Marmax Operating Corp.               45 Ansley Dr.                            39669 Treasury Center Blvd.
P.O. Box 9123                            Newnan, GA 30263-7107                    Chicago, IL 60694-9000
Framingham, MA 01701-9123


Tiago's Cabo Grille                      Tiger Sanitation, Inc.                   U.S. Security Associates, Inc.
c/o Sea Island Development Co., Inc.     P.O. Box 200143                          P.O. Box 931703
2929 Massrock, Suite 227                 San Antonio, TX 78220-0143               Atlanta, GA 31193-1703
San Antonio, TX 78230-5138


Wachovia Bank                            Wachovia Bank                            Willis Insurance Services of GA
171 17th Street, N.W., 6th Floor         420 North 20th Street                    One Glenlake Parkway, 11th Floor
Atlanta, GA 30363-1032                   Birmingham, AL 35203-5200                Jonesboro, GA 30238
```

James P. Smith
Stone & Baxter, LLP
Fickling & Co. Building, Suite 800
577 Mulberry Street
Macon, GA 31201-2728

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Hobanero's Grill                   End of Label Matrix
c/o Salud Restaurant's, Inc.          Mailable recipients    30
1115 Birch Hill                       Bypassed recipients     1
TX 78136                              Total                  31