IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| FOURTH QUARTER PROPERTIES 118, LLC, | : | Chapter 11 Case No. 09-13960 |
| *et. al.*, | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |
| | : | |
| FOURTH QUARTER PROPERTIES 140, LLC, | : | |
| | : | |
| Debtor | : | |

AMENDED SUPPLEMENTAL DISCLOSURE UNDER FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2016(c)

COMES NOW Stone & Baxter, LLP, attorneys for Fourth Quarter Properties 140, LLC, Debtor and Debtor-in-Possession (the "Debtor") in the above-captioned Chapter 11 case, and, pursuant to Federal Rule of Bankruptcy Procedure 2016(c), discloses that it has received an additional $7,500.00 from Fourth Quarter Properties LXII, LP, an affiliate of Debtor which is not in bankruptcy, and that this was a loan in the ordinary course of business of Debtor, which $7,500.00 is to be deposited in trust toward the payment of attorney charges and expenses.

This 24th day of February, 2010.

|  |  |
|---|---|
|  | STONE & BAXTER, LLP |
|  | By: |
| 577 Mulberry St., Suite 800 | /s/ Jerome L. Kaplan |
| Macon, GA 31201 | Georgia Bar No. 407100 |
| (478) 750-9898 | Austin E. Carter |
| (478) 750-9899 (Facsimile) | Georgia Bar No. 113695 |
|  |  |
|  | Attorneys for Fourth Quarter Properties 140, LLC |

CERTIFICATE OF SERVICE

This it to certify that I electronically filed with the Clerk of Court using the CM/ECF system the "AMENDED SUPPLEMENTAL DISCLOSURE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016(c)" which will send notification of such filing to:

>R. Jeneane Treace, Esq.
>Jeneane.treace@usdoj.gov
>Office of the United States Trustee

This 24th day of February, 2010.

>/s/ Jerome L. Kaplan
>Jerome L. Kaplan
>Georgia Bar No. 407100