Form 210A (12/09)

# United States Bankruptcy Court

Northern __ District Of __ Georgia

In re Fourth Quarter Properties 118, LLC    ,    Case No. 09-13960-whd

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| VIII SA LP Holdings, L.L.C. | Wells Fargo Bank, National Association, as successor by merger to Wachovia Bank, N.A., as Agent |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Mark B. Keatley
Starwood Capital Group
1255 23rd Street NW, Suite 875
Washington, DC 20037
Phone: _____
Last Four Digits of Acct #: n/a

Court Claim # (if known): 20-1
Amount of Claim: $130,220,172.29**
Date Claim Filed: 02/22/2010

Phone: 404-214-7224
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):
Starwood Capital Operations
Attn: Mary Anne Carlin, VP, Loan Servicing
591 W. Putnam Avenue
Phone: Greenwich, CT 06830
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jesse H. Austin, III, Esq., as counsel to Transferee    Date: 09/15/2010
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Plus interest and other charges, costs and expenses pursuant to the applicable loan documents and as permitted under 11 U.S.C. § 506(b).


Form 210B (12/09)

# United States Bankruptcy Court

__Northern__ District Of __Georgia__

In re Fourth Quarter Properties 118, LLC,    Case No. 09-13960-whd

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __20-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on __09/15/2010__ (date).

Wells Fargo Bank, National Association, as successor by merger to Wachovia Bank, N.A., as

**Name of Alleged Transferor**

VIII SA LP Holdings, L.L.C.

**Name of Transferee**

Address of Alleged Transferor:
Wells Fargo Bank, N.A., as successor to Wachovia Bank N.A.
c/o Paul Baisier and Shuman Sohrn
Seyfarth Shaw LLP
1545 Peachtree Street, Suite 700
Atlanta, GA 30309

Address of Transferee:
Mark B. Keatley
Starwood Capital Group
1255 23rd Street NW, Suite 875
Washington, DC 20037

~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

**CLERK OF THE COURT**


American LegalNet, Inc.
www.FormsWorkFlow.com