Form 210A (12/09)

# United States Bankruptcy Court

**Northern** District Of **Georgia**

In re **Fourth Quarter Properties 140, LLC**,    Case No. **09-13961-whd**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**VIII SA Limited Partnership**
Name of Transferee

**Wells Fargo Bank, National Association, as successor by merger to Wachovia Bank, N.A., as Agent**
Name of Transferor

Name and Address where notices to transferee should be sent:

Ellis Rinaldi
Starwood Capital Group/VIII SA Limited Partnership
591 West Putnam Avenue
Phone: Greenwich, CT 06830
Last Four Digits of Acct #: n/a

Court Claim # (if known): 13-1
Amount of Claim: $130,220,172.29**
Date Claim Filed: 02/22/2010

Phone: 404-214-7224
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Starwood Capital Operations
Attn: Mary Anne Carlin, VP, Loan Servicing
591 W. Putnam Avenue
Phone: Greenwich, CT 06830
Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Jesse H. Austin, III, Esq.**     Date: **10/11/2010**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Plus interest and other charges, costs and expenses pursuant to the applicable loan documents and as permitted under 11 U.S.C. § 506 (b).


American LegalNet, Inc.
www.FormsWorkFlow.com

Form 210B (12/09)

# United States Bankruptcy Court

Northern District Of Georgia

In re Fourth Quarter Properties 140, LLC,   Case No. 09-13961-whd

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 13-1 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/11/2010 (date).

Wells Fargo Bank, National Association, as successor by merger to Wachovia Bank, N.A., as Agent

Name of Alleged Transferor

VIII SA Limited Partnership

Name of Transferee

Address of Alleged Transferor:
MAC G0128-061
171 17th Street NW, 6th Floor
Atlanta, GA 30363-1032
Attn: Mark F. Hausman

Address of Transferee:
Ellis Rinaldi
Starwood Capital Group/VIII SA Limited Partnership
591 West Putnam Avenue
Greenwich, CT 06830



~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
CLERK OF THE COURT

