**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**18 Greenville Street**
**P.O. Box 2328**
**Newnan, GA 30264**

IN THE MATTER OF
**Fourth Quarter Properties 118, LLC**

    Debtor(s),

CASE NUMBER.: **09−13960−whd**
CHAPTER: **11**
JUDGE: **W. Homer Drake**

NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO: Wells Fargo Bank, National Assoc./Wachovia bank, N.A. PROPOSED TRANSFEROR and

Invalid docket text, no transferee found! PROPOSED TRANSFEREE

    Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.

    Objections to this transfer, if any must be filed with the

Clerk, U. S. Bankruptcy Court
18 Greenville Street
P.O. Box 2328
Newnan, GA 30264

within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

    Dated this October 12, 2010

_M. Regina Thomas (signature)_

M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428