IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br><br>**FOURTH QUARTER PROPERTIES 118, LLC, et al.,**<br><br>**DEBTORS.** | Chapter 11<br><br>CASE NO. 09-13960-WHD<br><br>Jointly Administered |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**CLAIM NUMBER 6-1** was filed in this Case or deemed filed under 11 U.S.C. § 1111(a). **Vratsinas Construction Company**, the Transferee, hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Fed. R. Bankr. P, of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Vratsinas Construction Company** | **FAK COMMERCIAL PAINTING, INC.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to Transferee should be sent: | Address of Transferor:<br>c/o Law Office of J. Philip Collier<br>7800 I.H. 10 West, Suite 800<br>San Antonio, TX 78230 |
| Gus H. Small, Esquire<br>Cohen Pollock Merlin & Small, P.C.<br>3350 Riverwood Parkway<br>Suite 1600<br>Atlanta, GA 30339 | |

**All payments should be sent to the above addressee.**

I declare under penalty of perjury that the information provided in this transfer and notice is true and correct to the best of my knowledge and belief.

By: /s/ Gus H. Small as counsel of record for Transferee
    Gus H. Small
    GA Bar No.: 653200
    Transferee's counsel

3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339
Telephone: (770) 858-1288
Facsimile: (770) 858-1277
gsmall@cpmas.com